IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:98-CR-00040-F-1

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DWIGHT EDWARD EDEN, | ) | |
| Defendant. | ) | |

This matter is before the court on Defendant's Motion for Forbearance [DE-33].

In his motion, Defendant requests that this court suspend payment of the fines, fees, costs and other assessments imposed by this court. While such a request is allowed pursuant to 18 U.S.C. § 3573[1], the request must come from the Government. For this reason, Defendant's Motion for Forbearance [DE-33] is DENIED.

---

[1] 18 U.S.C. § 3573 provides:

Upon petition of the Government showing that reasonable efforts to collect a fine or assessment are not likely to be effective, the court may, in the interest of justice--

(1) remit all or part of the unpaid portion of the fine or special assessment, including interest and penalties;

(2) defer payment of the fine or special assessment to a date certain or pursuant to an installment schedule; or

(3) extend a date certain or an installment schedule previously ordered.

A petition under this subsection shall be filed in the court in which sentence was originally imposed, unless the court transfers jurisdiction to another court. This section shall apply to all fines and assessments irrespective of the date of imposition.

SO ORDERED.

This, the 6th day of March, 2014.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge