UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:98-CR-00040-1F

| UNITED STATES OF AMERICA | ) |  |
|---|---|---|
|  | ) |  |
| v. | ) | ORDER |
|  | ) |  |
| DWIGHT EDWARD EDEN | ) |  |

This matter is before the court on Defendant's motion [DE-39] for reduction of his sentence pursuant to 18 U.S.C. § 3582(c). The instant motion was filed on March 14, 2016. It has come to the court's attention that the Defendant may have been released from federal custody in the interim. Accordingly, defense counsel is DIRECTED to file a status report within seven (7) days of the filing date of this order notifying the court of the Defendant's current custody status.

SO ORDERED.

This the 3rd day of October, 2016.

*[signature]*
JAMES C. FOX
Senior United States District Judge