UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:98-CR-00040-1F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DWIGHT EDWARD EDEN | ) | |

This matter is before the court on Defendant's motion [DE-39] for reduction of his sentence pursuant to 18 U.S.C. § 3582(c). On October 4, 2016, the court ordered defense counsel to file a status report indicating Defendant's custody status. Defense counsel complied, reporting that Defendant was released from the custody of the Bureau of Prisons in July of this year. Accordingly, Defendant's motion for reduction of sentence is DISMISSED as moot.

SO ORDERED.

This the 1st day of November, 2016.

JAMES C. FOX
Senior United States District Judge