UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Dwight Edward Eden**                                                  **Docket No. 7:98-CR-40-1BO**

**Petition for Action on Supervised Release**

COMES NOW Eddie J. Smith, Supervising U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Dwight Edward Eden, who, upon an earlier plea of guilty to 21 U.S.C. §§ 846 and 841, Conspiracy to Manufacture, Distribute, and Possess with the Intent to Distribute Methamphetamine, was sentenced by the Honorable James C. Fox, Senior U.S. District Judge, on January 25, 1999, to the custody of the Bureau of Prisons for a term of 260 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months. As a result of a Rule 35 Motion, the imprisonment sentence was reduced to 250 months.

Dwight Edward Eden was released from custody on July 8, 2017, at which time the term of supervised release commenced. On August 11, 2017, a violation report was submitted to the court reporting that the defendant tested positive for amphetamines use on July 14, and July 19, 2017, and was in arrears on his fine payments. The court agreed to continue supervision.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant is supervised in the Middle District of Florida by U.S. Probation Officer Jason C. Maxwell. Officer Maxwell reports that the defendant submitted a dilute urine sample or September 25, 2017. When confronted, the defendant denied any attempts at trying to dilute or mask the urine sample. As a result, Officer Maxwell instructed the defendant to report for on September 27, 2017, to submit another urine sample. The defendant failed to report and provide a urine sample as directed. The defendant was contacted on September 28, 2017, and instructed to report on September 29, 2017. Again, the defendant failed to report and submit a urine sample as directed. Eden reported to Officer Maxwell that he failed to report due to transportation problems. As a result of this non-compliance, the defendant's treatment plan has been modified to include three drug tests per month. At this time, Officer Maxwell is recommending that the defendant complete 25 hours of community service as a sanction for this conduct.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. You shall perform twenty-five (25) hours of community service and follow the probation officer's instructions regarding the implementation of this court directive..

Except as herein modified, the judgment shall remain in full force and effect.

Dwight Edward Eden
Docket No. 7:98-CR-40-1BO
Petition For Action
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Eddie J. Smith
Eddie J. Smith
Supervising U.S. Probation Officer
150 Rowan Street Suite 110
Fayetteville, NC 28301
Phone: 910-354-2537
Executed On: November 03, 2017

## ORDER OF THE COURT

Considered and ordered this __3__ day of __November__, 2017, and ordered filed and made a part of the records in the above case.

_/s/ Terrence Boyle_
Terrence W. Boyle
U.S. District Judge